JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRACY LORRAINE W.,

        Plaintiff,

  v.

MARTIN J. O'MALLEY,
Commissioner of Social Security,

        Defendant.

Case No. 2:23-cv-04280-KES

JUDGMENT

    IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner is affirmed.

DATED:  January 24, 2024

_____
KAREN E. SCOTT
United States Magistrate Judge